IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN JACOBS** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 23-CV-0388 |
| | : | |
| **JULIE BESSLER** | : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 17th day of February, 2023, it is hereby **ORDERED** that:

1. Plaintiff Steven J. Jacobs ("Jacobs") is not entitled to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915(g) for the reasons set forth in the accompanying Memorandum.

2. If Jacobs seeks to proceed with this case, he shall remit $402 (the $350 filing fee and $52 administrative fee) to the Clerk of Court within thirty (30) days of the date of this Order. The fees are not refundable, even if this case is dismissed.

3. In the event Jacobs pays the fee, the Clerk shall not issue summonses until so **ORDERED** and the Court has the opportunity to screen the Complaint pursuant to 28 U.S.C. § 1915A.

4. If Jacobs fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*